## UNITED STATES COURT OF INTERNATIONAL TRADE

**FORM 3**

| | |
|---|---|
| THE ALLIANCE FOR FREE CHOICE AND JOBS IN FLOORING, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> Defendant. | Court No. 18-000*03* |

### S U M M O N S

**TO:**   The Attorney General;
General Counsel, United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/Tina Potuto Kimble**
Clerk of the Court

1.   <u>Name and Standing of Plaintiff</u>
Plaintiff, the Alliance for Free Choice and Jobs in Flooring ("the Alliance"), is an ad hoc trade association a majority of the members are U.S. importers of multilayered wood flooring manufactured in China.   The Alliance is therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A) that actively participated in the contested determination.   Plaintiff, therefore, has standing to bring this action under 28 U.S.C. § 2631(c).

2.   <u>Brief Description of Contested Determinations</u>
Plaintiff contests the final determinations issued by the U.S. International Trade Commission ("Commission") in the first five-year sunset review of the antidumping duty and countervailing duty orders on Multilayered Wood Flooring from China.   The contested determination was published in the Federal Register as *Multilayered Wood Flooring from China; Determinations*, 82 Fed. Reg. 60,214 (December 19, 2017).

1

3.  <u>Date of Determinations</u>
    The Commission's final determinations were signed on December 13, 2017 and were published in the *Federal Register* on December 19, 2017.

4.  <u>Date of Publication in the Federal Register of Notice of Contested Determination</u>
    The Commission's final determinations were published in the *Federal Register* on December 19, 2017. August 11, 2011. *Multilayered Wood Flooring from China; Determinations*, 82 Fed. Reg. 60,214 (December 19, 2017).

/s/*Lizbeth R. Levinson*
Lizbeth R. Levinson
Ronald M. Wisla
Brittney R. Powell

FOX ROTHSCHILD LLP
1030 15th Street, N.W.
Suite 380 East
Washington, DC  20005
 Tel:  (202) 461-3100
 Fax:  (202) 461-3102

*Counsel to The Alliance for Free Choice and Jobs in Flooring*

Dated:  January 18, 2018

## PUBLIC CERTIFICATE OF SERVICE

The Alliance for Free Choice and Jobs in Flooring v. United States
Case No. 18-00003

  I, Brittney R. Powell, hereby certify that the parties listed below have entered an appearance in the above-captioned review, and a copy of the foregoing has been caused to be served upon the following parties by certified mail, on this, the 18th day of January, 2018.

**On behalf of the Coalition for American Hardwood Parity**
Jeffrey S. Levin, Esq.
Levin Trade Law, P.C.
7800 Beech Tree Road
Bethesda, MD 20817
Phone: 301-787-3531
Fax: 301-263-0005
jefflevin@levintradelaw.com

**On behalf of Lumber Liquidators Services, LLC**
Mark R. Ludwikowski, Esq.
Clark Hill PLLC
1001 Pennsylvania Ave., NW
Suite 1300 South
Washington, D.C. 20004
Phone: 202-640-6680
mludwikowski@clarkhill.com

**On behalf of Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.**
Jeffrey S. Neeley, Esq.
Husch Blackwell LLP
750 17th Street, NW , Suite 900
Phone: 202-378-2357
Fax: 202-378-2319
Jeffrey.neeley@huschblackwell.com

General Counsel
U.S. International Trade Commission
500 E Street SW
Washington, DC 20436

Brittney R. Powell, Esq.